

[BELLINGHAM executors v. SMITH]

M<sup>r</sup> John Oxenbridge m<sup>r</sup> James Allen & m<sup>r</sup> Anthony Stoddard Executo<sup>rs</sup> to the late Richard Bellingham Esq<sup>r</sup> his will, having an action depending in Court against Leif<sup>t</sup> John Smith of Winnisimmett: The Dep<sup>t</sup> Gov<sup>r</sup> declared in open Court his dissent from m<sup>r</sup> Whartons being an Attourny to the saide Smith (who did in open Court declare that m<sup>r</sup> Wharton was the cause of the action) the person viz<sup>t</sup> m<sup>r</sup> Wharton being one under bonds of good behaviour.

[See above, pp. 228–31, 237–8, 240–41.]